IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

IN RE:                                CASE NO. 21-00427-EAG7

CARLOS JOSE FUENTES JIMENEZ          Chapter 7

xx-xx-1035                            FILED & ENTERED ON OCT/01/2021

                 Debtor(s)

ORDER AND NOTICE

A hearing is hereby scheduled for October 27, 2021 at 1:30 PM at the United States Bankruptcy Court, Southwestern Divisional Office, MCS Building, Second Floor, 880 Tito Castro Avenue, Ponce, Puerto Rico, to consider the following:

1- Banco popular de Puerto Rico's Motion for Order to Compel Debtor to Execute Deed of Assignment and Transfer of Property (docket #49)

2- Debtor's Request for Extension of Time to Respond to Order at Docket #52 (docket #55)

3- Banco Popular de Puerto Rico and Debtor's Joint Motion for Term to Submit Stipulation (docket #62)

4- Debtor's Motion to Inform That There Is No Longer an Issue That Would Require Debtor to Sign Any Instrument or Deed (docket #66)

5- Banco Popular de Puerto Rico's Sur-Reply to Debtor's Motion to Inform That There Is No Longer an Issue That Would Require Debtor to Sign Any Instrument or Deed (docket #69)

The Clerk shall give notice to all parties in interest.

IT IS SO ORDERED.

In Ponce, Puerto Rico, this 1 day of October, 2021.


Edward A. Godoy
United States Bankruptcy Judge