IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

IN RE:                              CASE NO. 21-00427-EAG7

CARLOS JOSE FUENTES JIMENEZ         Chapter 7


xx-xx-1035

          Debtor(s)                 FILED & ENTERED ON OCT/19/2021

ORDER

        The motion requesting extension of time filed by the debtor at docket number 72 is partially granted until 10/25/2021. The debtor is also ordered to show cause on or before 10/25/2021 why the court should not revoke his discharge under section 727(d)(3) of the Bankruptcy Code for failure to comply with the court order entered on 6/30/2021 at docket number 52. If the debtor responds timely to the order to show cause, the court will hear it at the hearing already scheduled for 10/27/2021 at 1:30 p.m. via Microsoft Teams. If the debtor fails to respond to the order to show cause, the court may revoke the debtor's discharge under section 727(d)(3) without further notice or hearing.

        IT IS SO ORDERED.

        In Ponce, Puerto Rico, this 19 day of October, 2021.


                                    Edward A. Godoy
                                    United States Bankruptcy Judge